AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>GARBIS, MARVIN J. | 2. Court or Organization<br><br>DISTRICT OF MARYLAND | 3. Date of Report<br><br>07/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE<br>101 W. LOMBARD STREET<br>BALTIMORE, MD 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER, BOARD OF ADVISORS | UNIVERSITY OF BALTIMORE LAW SCHOOL |
| 2. MEMBER, BOARD OF DIRECTORS | INTERNATIONAL JUDICIAL ACADEMY |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. ONGOING | THOMSON (WEST SERVICES, INC.), RONALD RUBIN AND PATRICIA MORGAN (DECEASED). ROYALTIES PAID AUTHORS OF CASEBOOK. |
| 2. | |
| 3. | |

DISCLOSURE OFFICE
2010 JUL 19 A 12
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | THOMSON (WEST SERVICES. INC.), BOOK ROYALTIES | $820.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | INTERNATIONAL JUDICIAL ACADEMY | APRIL 6 TO 9 | STRASBOURG, FRANCE | SEMINAR | TRAVEL, MEALS, ROOM |
| 2. | NORTHWESTERN UNIVERSITY LAW SCHOOL | APRIL 18 - 22 | CHICAGO, ILLINOIS | SEMINAR | TRAVEL, MEALS, ROOM |
| 3. | INTERNATIONAL JUDICIAL ACADEMY | JUNE 22 - 25 | MAR DEL PLATA, ARGENTINA | SEMINAR, FACULTY | TRAVEL, MEALS, ROOM |
| 4 | INTERNATIONAL JUDICIAL ACADEMY | JULY 1 TO 6 | SANTIAGO, CHILE | SEMINAR, FACULTY | TRAVEL, MEALS, ROOM |
| 5. | SUPREME PEOPLES COURT OF CHINA | SEPTEMBER 8 - 11 | CHENGDU, CHINA | SEMINAR, FACULTY | TRAVEL, MEALS, ROOM |

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PERSONALLY OWNED | | | | | | | | | |
| 2. PROVIDENT BANK CHECKING | A | Interest | K | T | | | | | |
| 3. T. ROWE PRICE TAX FREE BOND FUND | A | Int./Div. | K | T | | | | | |
| 4. CITIBANK BANK DEPOSIT PROGRAM | A | Interest | | | Closed | 03/19/09 | J | A | |
| 5. ROYCE PENN MUTUAL FUND RYPCX | A | Dividend | K | T | | | | | |
| 6. FED. KAUFMAN FUND KAUBX | A | Dividend | K | T | | | | | |
| 7. PINNACLE NORTHEAST, INC. | | None | K | T | | | | | |
| 8. BAIRD MONEY MARKET | A | Interest | J | T | Open | 03/19/09 | J | | |
| 9. | | | | | | | | | |
| 10. IRA-1 | | | | | | | | | |
| 11. CITIBANK BANK DEPOSIT PROGRAM | | | | | Closed | 03/19/09 | J | A | |
| 12. LEGG MASON VALUE TRUST LMVTX | A | Dividend | L | T | | | | | |
| 13. ROYCE FUND PENNSYLVANIA RYPCX | A | Dividend | M | T | | | | | |
| 14. TEMPLETON GROWTH FUND TMGBX | A | Dividend | K | T | | | | | |
| 15. ROYCE FUNDS MICRO CAP RYMCX | A | Dividend | L | T | | | | | |
| 16. BAIRD MONEY MARKET | A | Interest | J | T | Open | 03/19/09 | J | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA-2 | | | | | | | | | |
| 19. CITIBANK BANK DEPOSIT PROGRAM | | | | | Closed | 03/19/09 | J | A | |
| 20. LEGG MASON SPECIAL INVESTMENT TRUST LMASX | A | Dividend | M | T | | | | | |
| 21. LEGG MASON OPPORTUNITY TRUST LMOPX | A | Dividend | M | T | | | | | |
| 22. FED EQ. KAUFMAN FUND KAUBX | A | Dividend | L | T | | | | | |
| 23. L-1 IDENTITY SOLUTIONS ID | A | Dividend | J | T | | | | | |
| 24. LEGG MASON, INC LM | A | Dividend | K | T | | | | | |
| 25. NASDAQ NDAQ | | | | | Sold | 08/25/09 | K | A | |
| 26. HENDERSON INTERNATIONAL OPPORTUNITY FUND HFOBX | A | Dividend | K | T | | | | | |
| 27. FED. INT. SMALL-MID COMPANY FD. ISCAX | A | Dividend | K | T | Buy (add'l) | 08/26/09 | K | | |
| 28. BAIRD MONEY MARKET | A | Interest | J | T | Open | 03/19/09 | J | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/14/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544